**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6498**

---

DARREL R. FISHER,

       Plaintiff - Appellant,

   v.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA, Western Division at Raleigh, North Carolina 27611,

       Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:24-ct-03026-BO)

---

Submitted:  October 30, 2025               Decided:  November 3, 2025

---

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Darrel R. Fisher, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrel R. Fisher appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Fisher v. U.S. Dist. Ct. for the E. Dist. of N.C.*, No. 5:24-ct-03026-BO (E.D.N.C. Apr. 17, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*